UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

    -against-                                       :         19 Cr. 403 (WHP)

RICARDO AYALA,                             :         ORDER
                    Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on March 27, 2020 at 11:30 a.m. regarding defendant's application for release. The dial-in number is 888-363-4749, passcode 3070580.

Dated: New York, New York
       March 26, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.