KELLEY J. SHARKEY
    Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel: (718) 858-8843
Fax: (718) 875-0053

May 5, 2020

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

> Application granted. Sentencing adjourned to July 15, 2020 at 3:00 p.m.
>
> SO ORDERED:
>
> _/s/ William H. Pauley_
> WILLIAM H. PAULEY III
> U.S.D.J.
> May 5, 2020

Re:    U.S. v Ricardo Ayala
        19 Cr. 403  (WHP)

Dear Judge Pauley:

    The sentencing of Ricardo Ayala is currently scheduled for May 14, 2020. I write to respectfully request that the sentencing be adjourned for approximately eight weeks. I have not yet received historical records that I expect will be helpful to the Court when determining the appropriate sentence. AUSA Longyear and Mr. Ayala do not object to this request. Thank you for your consideration.

Respectfully yours,
/S/
Kelley J. Sharkey

cc: AUSA Michael Longyear