**KELLEY J. SHARKEY**
    Attorney at Law                      26 Court Street - Suite 2805
                                                            Brooklyn, New York  11242
                                                            Tel: (718) 858-8843
                                                            Fax: (718) 875-0053

August 10, 2020

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

                               Re:     U.S. v Ricardo Ayala
                                           19 Cr. 403  (WHP)

Dear Judge Pauley:

        The sentencing of Ricardo Ayala is currently scheduled for August 25, 2020. I write to respectfully request that the sentencing be adjourned for approximately six to eight weeks. Mr. Ayala wishes to be physically present when sentenced . AUSA Longyear does not object to this request. Thank you for your consideration.

                                                               Respectfully yours ,
                                                                    /S/
                                                              Kelley J. Sharkey

cc: AUSA Michael Longyear

                                      Application granted.  Sentencing adjourned to October 22, 2020 at 2:30 p.m.

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                            U.S.D.J.

                                      August 11, 2020