UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                      :        19 Cr. 403 (WHP)

RICARDO AYALA,                                    :        ORDER
                          Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court will hold sentencing on Thursday, January 28, 2021 at 9:00 a.m. The public access dial-in number is 855-268-7844, passcode 67812309 and PIN 9921299.

Dated: New York, New York
       January 25, 2021

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.