UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

       -against-                                              :        19 Cr. 403 (WHP)

RICARDO AYALA,                                          :        ORDER
                             Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court will hold sentencing on Thursday, March 4, 2021 at 9:00 a.m. The public access dial-in number is 855-268-7844, passcode 67812309 and PIN 9921299.

Dated: New York, New York
           March 2, 2021

                                               SO ORDERED:

                                               _____
                                               WILLIAM H. PAULEY III
                                                     U.S.D.J.